IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DULUTH PHARMACY, LLC**,<br><br>     Plaintiff,<br><br>– *versus* –<br><br>**PAMELA J. BONDI**, in her official capacity as the Attorney General of the United States, *and*<br><br>**DEREK S. MALTZ**, in his official capacity as Acting Administrator of the Drug Enforcement Administration,<br><br>     Defendants. | Civil Action No.:<br><br>1:25-CV-03157-ELR |

**JOINT MOTION TO STAY CASE
WITH INCORPORATED MEMORANDUM OF LAW**

NOW COME Plaintiff and Defendants in the above-styled action, through the respective counsel, and respectfully request a stay of the case and all deadlines while Plaintiff pursues its administrative action regarding its controlled substances registration issued by the Drug Enforcement Administration.  In support of this Joint Motion, the Parties show the Court as follows:

1.   Plaintiff filed the instant action asserting several claims pertaining to its controlled substances registration and the suspension of that registration by the DEA.  As set forth in its complaint, Plaintiff is currently pursuing an administrative action regarding its controlled substance registration.

2.   Plaintiff initially sought a permanent injunction, which the Court denied, and Plaintiff then filed an Amended Complaint on September 2, 2025 (Doc. No. 26).

3.   The Court ordered Defendant to file a responsive pleading 30 days after the filing of the Amended Complaint (Doc. No. 24), such that Defendant's responsive pleading was due October 2, 2025.

4.   The case was then stayed on October 1, 2025 due to the government shutdown, and Defendant's responsive pleading deadline was extended by 46 days when the shutdown ended (Doc. No. 29), meaning that Defendant's responsive pleading deadline is now November 17, 2025.

5.   Shortly before the shutdown began, counsel for the parties discussed staying the case.  Counsel for Plaintiff indicated that Plaintiff wished to stay the case while its administrative action was pending.  Counsel for Defendant agreed that a stay was appropriate.

6.   Federal Rule of Civil Procedure 6(b) permits the Court broad discretion in controlling its docket. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366

(11th Cir. 1997) ("We recognize that district courts enjoy broad discretion in deciding how best to manage the cases before them.").

7.  A stay will preserve the parties' and the Court's resources, as the outcome of the administrative action may resolve some or all of the claims asserted by Plaintiff.

WHEREFORE, the Parties respectfully request that this Joint Motion to Stay Case be granted.  A proposed order is attached for the Court's convenience.

Dated: November 17, 2025.

THEODORE S. HERTZBERG
UNITED STATES ATTORNEY

CONSENTED TO:

*/s/Adam D. Nugent*
ADAM D. NUGENT
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 381008
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 581-6000
 (404) 581-6181 (fax)
Attorney for Defendants

*/s/Scott Grubman*
SCOTT GRUBMAN
CHILIVIS GRUBMAN
1834 Independence Square
Atlanta, GA 30338
404-233-4171
404-261-2842 (fax)
sgrubman@cglawfirm.com
Attorney for Plaintiff

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing

motion and brief have been prepared using Book Antiqua, 13 point font.

/s/ Adam D. Nugent
ADAM D. NUGENT
*Assistant United States Attorney*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 17, 2025

/s/ ADAM D. NUGENT
ADAM D. NUGENT
*Assistant United States Attorney*